IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

## MOTION TO WITHDRAW PREVIOUS MOTIONS

Comes Now, Stanley James, Defendant, and requests this Court to allow him to withdraw the previous motions that he filed pro se. The motions are: Defendants Request for Bill of Particulars, Defendants Notice of Intent, and Motion To Proceed Pro Se.

I.

On July 26, 2017, Defendant conferred with his attorney of record, Mark A. Perez. After conferring with Counsel regarding Defendant's PSR and other related matters, Defendant is satisfied with Counsel's representations. Counsel has explained, in detail, all matters to Defendants satisfaction.

II

Defendant requests all previous pro-se motions be withdrawn.

III.

Defendant is aware that a hearing regarding the pro-se motions are set for August 3, 2017. Defendant does not believe a hearing on these motions are necessary and the hearing and the issues and relief requested are moot

Respectfully Submitted,

Signed this 2nd day of August, 2017